IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT AKRON

| | |
|---|---|
| IN RE: | CASE NO. 14-52106 |
| GARY MASUCCI | ADVERSARY NO. 15-_____ |
| Debtor | IN PROCEEDINGS UNDER CHAPTER 7 |
| HAROLD A. CORZIN, TRUSTEE<br>Commonwealth Square<br>304 N. Cleveland-Massillon Road<br>Akron, OH 44333 | JUDGE ALAN M. KOSCHIK |
| Plaintiff | |
| vs. | COMPLAINT |
| MARGARET MASUCCI<br>4260 Leewood Road<br>Stow, OH 44224 | |
| and | |
| DON JOSEPH, INC.<br>Attn: Officer, Managing, or General Agent<br>1111 W. Main Street<br>Kent, OH 44240 | |
| Defendants | TYPE: TRANSFER AVOIDANCE |

Now comes Harold A. Corzin, Trustee, the plaintiff herein, by and through his attorney, and, for his causes of action against the defendants, states as follows:

### I - JURISDICTION AND PARTIES

1. This court has jurisdiction over the within adversary proceeding pursuant to 28 USC § 1334 and 28 USC § 157 and the claims set forth herein are core proceedings within the meaning of the United States Bankruptcy Code.

2. The plaintiff, Harold A. Corzin, Trustee, is the duly appointed, qualified, and acting trustee for the debtor, Gary Masucci, who commenced his petition seeking relief under Chapter 7 of the United States Bankruptcy Code on the 12th day of August, 2014.

3. The defendant, Margaret Masucci, is an individual, a resident of Stow, Ohio, and the spouse of the debtor, Gary Masucci.

4. The defendant, Don Joseph, Inc., is a corporation organized and existing under the laws of the State of Ohio.

## II - FIRST CLAIM FOR RELIEF

5. That the debtor, Gary Masucci, on or about the 5th day of July, 2014, voluntarily transferred a 2008 Jeep Commander having a value of approximately $10,000 to the defendant, Don Joseph, Inc.

6. Such transfer occurred within two years before the date of the filing of the petition and, in fact, was made slightly in excess of one month before the filing of the petition.

7. That the debtor received less than a reasonably equivalent value in exchange for such transfer.

8. The debtor was insolvent on the date of such transfer or became insolvent as a result of such transfer.

9. That the defendant, Don Joseph, Inc., was the initial transferee of such transfer and the trustee may recover, for the benefit of the estate, the property transferred or the value of such property.

## III - SECOND CLAIM FOR RELIEF

10. That the defendant, Margaret Masucci, entered into a contract to purchase a 2014 Toyota 4Runner from the defendant, Don Joseph, Inc. A true and accurate copy of the buyer's order form is attached hereto, labeled Exhibit A, and incorporated herein by reference as if rewritten in full on the 5th day of July, 2014.

11. That the 2008 Jeep Commander, property of the debtor, was used as a trade in and the defendant, Margaret Masucci, was given a trade in allowance of $7,500 against her purchase price for the 2014 Toyota 4Runner.

12. The debtor, Gary Masucci, transferred the title to Don Joseph, Inc. without receiving reasonably equivalent value in exchange therefore and the debtor was insolvent or became insolvent as a result of such transfer.

13. The defendant, Margaret Masucci, was the individual or entity for whose benefit such transfer was made.

14. The trustee may recover, for the benefit of the estate, the property transferred or its value from said defendant.

WHEREFORE, plaintiff prays judgment against the defendants, Don Joseph, Inc. and Margaret Masucci; for and order transferring the 2008 Jeep Commander to the estate or its value of $10,000 against the said defendants, jointly and severally; for his costs herein incurred, and for such other and further relief as is just and proper.

        GIBSON & LOWRY

        /s/ Michael J. Moran
        Michael J. Moran    (#0018869)
        Attorney for Harold A. Corzin, Trustee
        234 Portage Trail, P.O. Box 535
        Cuyahoga Falls, OH 44221
        (330) 929-0507
        (330) 929-6605 - Fax
        **moranecf@yahoo.com**

# BUYERS ORDER

## Don Joseph INC.
### TOYOTA · SCION

1111 West Main St.   Kent, Ohio 44240
KENT-AKRON 330-673-2200   TOLL FREE 1-800-714-6635
FAX 330-673-0123
www.djtoyota.com   www.djscion.com

**PURCHASER:** MARGARET MASUCCI
**ADDRESS:** 4260 LEEWOOD RD
**CITY:** STOW   **STATE:** OH   **ZIP:** 44224
**RES. PHONE:** (330) 814-1943
**BUS. PHONE:** ( )
**E-MAIL:** STOWGAL@HOTMAIL.COM "HOME   **DATE:** 07/05/2014
**MOBILE NO.:** ( )

PLEASE ENTER MY ORDER FOR THE FOLLOWING DESCRIBED
MOTOR VEHICLE: ☐ NEW ☐ USED ☐ DEMO ☐ RENTAL ☐ FACTORY OFFICIAL

**DEAL NO.:** 51135   **CUSTOMER NO.:** 85758
**MILEAGE ON PURCHASED VEHICLE:** 3   ☐ NOT ACCURATE

### VEHICLE SOLD:
| MAKE | YEAR | MODEL | BODY TYPE | COLOR | TRIM | STK. NO. | SERIAL NO. |
|---|---|---|---|---|---|---|---|
| TOYOTA | 2014 | 4 RUNNER | WG | BLACK | | N792K | JTEBU5JR8E517918 |

### TRADE IN RECORD - TRADE 1
YEAR: 2008   MAKE: JEEP   MODEL: COMMANDER   TYPE: MP
VIN#: 1J8HG48K38C109938   STK #5N792K
MILEAGE: 91443   ☐ Not Accurate   Salvage Vehicle? ☐ Yes
BALANCE OWED $ N/A   (Good Until ___)   Trade-in Allowance 7500.00

### TRADE IN RECORD - TRADE 2
YEAR ___ MAKE ___ MODEL ___ TYPE ___
VIN# ___
MILEAGE: ___ ☐ Not Accurate   Salvage Vehicle? ☐ Yes
BALANCE OWED $ ___ (Good Until ___) Trade-in Allowance ___
REMARKS: ___

| | $ |
|---|---|
| PRICE OF VEHICLE | 34790.00 |
| OTHER GOODS & SERVICES | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| SERVICE CONTRACT | 1850.00 |
| | N/A |
| | N/A |
| DOCUMENTARY SERVICE FEE | 250.00 |
| TOTAL PRICE | 36890.00 |
| TRADE-IN ALLOWANCE(S) | (7500.00) |
| | N/A |
| TAX BASE | 29390.00 |
| SALES TAX 5.7500 % | 1688.8 |
| TITLE FEE | 15.00 |
| REGISTRATION FEE | 18.50 |
| PLUS PAYOFF ON TRADE VEHICLE(S) | N/A |
| TOTAL DUE | 31407.3 |
| LESS INITIAL PAYMENT CASH DOWN | 2145.7 |
| | 500.0 |
| LESS REBATE/FACTORY INCENTIVE | |
| LESS REBATE/FACTORY INCENTIVE | N/A |
| | N/A |
| BALANCE DUE | $ 28761.60 |

**DEPOSIT (PARTIAL PAYMENT) RECEIPT** - Purchaser hereby provides to the Dealer the sum of $ N/A as Non-Refundable Deposit/Partial Payment for the vehicle described above. If this Receipt is for a Deposit, Dealer will refrain from selling the described vehicle for 14 days from the date of Deposit.   X_____

**NEGATIVE EQUITY DISCLOSURE & CONSENT** - I am aware that the balance owed on my trade-in vehicle or the amount owed on my lease turn in vehicle exceeds the trade-in allowance from the dealer. As a result, I have requested that the "Total Due" be increased by the difference, $_____ (known as negative equity).   X_____

**ARBITRATION** - I agree that any dispute arising from this transaction will go to arbitration and I have executed a detailed arbitration agreement which is fully incorporated herein. Arbitration is not required for the purchase or financing of your vehicle.   X_____

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT DEALERS, AND ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. UNLESS DEALER FURNISHES PURCHASER WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY DEALER ON ITS OWN BEHALF, DEALER HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE IN CONNECTION WITH THE VEHICLE AND ANY RELATED PRODUCTS AND SERVICES SOLD BY DEALER. DEALER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE VEHICLE AND THE RELATED PRODUCTS AND SERVICES. IN THE EVENT THAT A WRITTEN WARRANTY IS PROVIDED BY DEALER OR A SERVICE CONTRACT IS SOLD BY DEALER ON ITS OWN BEHALF, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO THE TERM OF THE WRITTEN WARRANTY/SERVICE CONTRACT.
CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY) THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE. GUÍA PARA COMPRADORES DE VEHÍCULOS USADOS. LA INFORMACIÓN QUE APARECE EN LA VENTANILLA DE ESTE VEHÍCULO FORMA PARTE DE ESTE CONTRATO. LA INFORMACIÓN CONTENIDA EN EL FORMULARIO DE LA VENTANULA ANULA CUALQUIER PREVISION QUE ESTABLEZCA LO CONTRARIO Y QUE APAREZCA EN EL CONTRATO DE VENTA.
If the purchase of the motor vehicle described herein is to be financed this agreement is subject to credit approval and assignment of a retail installment sales contract to a financial institution, and the Annual Percentage Rate (APR) may be negotiated with dealer and dealer may receive compensation for arranging financing on customer's behalf.
These documents are fully incorporated herein (where applicable): Conditional/Spot Delivery Agreement, We Owe/Delivery Report, Used Vehicle Limited Warranty and Retail Installment Sales Contract. NO ORAL REPRESENTATIONS HAVE BEEN MADE TO THE PURCHASER and all terms of the agreement are contained on the front and back of this agreement and any documents incorporated herein. I have read the terms and conditions of this Agreement, both on front and back, and agree to them. I certify that I am at least 18 years old, and acknowledge receipt of a copy of this agreement.
I UNDERSTAND THAT THIS RETAIL BUYERS ORDER IS NOT BINDING UNLESS ACCEPTED BY DEALER OR HIS AUTHORIZED AGENT.

This motor vehicle contract is executed this 5TH day of JULY 2014
PURCHASER(S): Margaret M Masu[signature]
SALESPERSON: Eric Poele
ACCEPTED BY AUTHORIZED AGENT: [signature]

**EXHIBIT A**